**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEANNA ROBBINS,<br><br>        Plaintiff,<br><br>    v.<br><br>MERIT SYSTEMS PROTECTION<br>BOARD,<br><br>        Defendant. | No.  2:21-CV-0621-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action seeking judicial review of a final decision of the United States Equal Employment Opportunity Commission (EEOC).

A review of the docket reflects that Defendant has not yet been served.  The scheduling conference, set for August 4, 2021, at 10:00 a.m. before the undersigned in Redding, California, is continued to October 6, 2021, at 10:00 a.m., before the undersigned in Redding, California.

IT IS SO ORDERED.

Dated:  August 2, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1