1
2
3
4
5
6
7
8        **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DEANNA ROBBINS,                              No.  2:21-CV-0621-KJM-DMC

12              Plaintiff,

13        v.                                       ORDER

14   MERIT SYSTEMS PROTECTION
     BOARD,
15
                Defendant.
16

17

18             Plaintiff, who is proceeding pro se, brings this civil action seeking judicial review

19   of a final decision of the United States Equal Employment Opportunity Commission (EEOC).

20             On April 14, 2021, the Court determined this action was appropriate for service

21   and directed Plaintiff to submit documents to the United States Marshal for service of process on

22   Defendant.  See ECF No. 4.  Plaintiff submitted the required documents on or about April 20,

23   2021.  See ECF No. 8.  To date, the United States Marshal has not served Defendant.  Given that

24   Defendant has not been served or appeared in the action, the scheduling conference set for

25   October 6, 2021, is continued to December 8, 2021, at 10:00 a.m., in Redding, California.  The

26   / / /

27   / / /

28   / / /

1

1  parties shall serve and file scheduling conference statements consistent with the Court's April 14,

2  2021, order.  See ECF No. 6.

3          IT IS SO ORDERED.

4

5  Dated:  September 29, 2021

6  _____

7  DENNIS M. COTA
   UNITED STATES MAGISTRATE JUDGE