**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEANNA ROBBINS,<br><br>              Plaintiff,<br><br>        v.<br><br>MERIT SYSTEMS PROTECTION BOARD,<br><br>              Defendant. | No.  2:21-CV-0621-KJM-DMC<br><br><br>ORDER |

       Plaintiff, who is proceeding pro se, brings this civil action seeking judicial review of a final decision of the United States Equal Employment Opportunity Commission (EEOC).

       On April 14, 2021, the Court determined this action was appropriate for service and directed Plaintiff to submit documents to the United States Marshal for service of process on Defendant.  See ECF No. 4.  Plaintiff submitted the required documents on or about April 20, 2021.  See ECF No. 8.  To date, the United States Marshal has not served Defendant.  Given that Defendant has not been served or appeared in the action, the scheduling conference set for December 8, 2021, is continued to February 23, 2022, at 10:00 a.m., in Redding, California.  The

/ / /

/ / /

/ / /

parties shall serve and file scheduling conference statements consistent with the Court's April 14, 2021, order.  <u>See</u> ECF No. 6.

        IT IS SO ORDERED.

Dated:  November 29, 2021

        DENNIS M. COTA
        UNITED STATES MAGISTRATE JUDGE