**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEANNA ROBBINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERIT SYSTEMS PROTECTION BOARD,<br><br>　　　　Defendant. | No.  2:21-CV-0621-KJM-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se, brings this civil action.  The scheduling conference set for February 23, 2022, at 10:00 a.m., before the undersigned in Redding, California, is vacated pending resolution of Defendant's motion to dismiss.

　　　　IT IS SO ORDERED.

Dated:  December 2, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1