**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEANNA ROBBINS,<br><br>  Plaintiff,<br><br>  v.<br><br>MERIT SYSTEMS PROTECTION BOARD,<br><br>  Defendant. | No.  2:21-CV-0621-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action.  Pursuant to Eastern District of California Local Rule 230(g), the hearing scheduled for January 5, 2022, at 10:00 a.m., before the undersigned in Redding, California, on Defendant's motion to dismiss, ECF No .12, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated:  December 27, 2021

                                     DENNIS M. COTA
                                     UNITED STATES MAGISTRATE JUDGE

1