IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA ROBBINS, | No. 2:21-CV-0621-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| MERIT SYSTEMS PROTECTION BOARD, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. On December 6, 2022, the District Judge denied Defendant's motion to dismiss and referred the matter to the undersigned for further pre-trial proceedings. See ECF No. 19. Accordingly, the Court directs Defendant to file an answer to Plaintiff's complaint within 30 days of the date of this order. The Clerk of the Court is directed to terminate ECF No. 18 as pending findings and recommendations.

IT IS SO ORDERED.

Dated: December 13, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1