IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA ROBBINS,<br><br>        Plaintiff,<br><br>    v.<br><br>MERIT SYSTEMS PROTECTION BOARD,<br><br>        Defendant. | No.  2:21-CV-0621-KJM-DMC<br><br><br>ORDER |

      Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the Court is Defendant's motion to dismiss, ECF No. 21, filed on January 12, 2023, and set for hearing on February 22, 2023.  Plaintiff has not filed an opposition within 14 days after the motion was filed.  Pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for February 22, 2023, at 10:00 a.m., before the undersigned in Redding, California, on Defendant's unopposed motion to dismiss, ECF No. 21, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

      IT IS SO ORDERED.

Dated:  February 9, 2023

                                            _____<br>
                                            DENNIS M. COTA<br>
                                            UNITED STATES MAGISTRATE JUDGE