# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA ROBBINS, | No. 2:21-CV-0621-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| MERIT SYSTEMS PROTECTION BOARD, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Defendant's motion to dismiss, ECF No. 28, filed on November 3, 2023, and set for hearing on December 13, 2023. Plaintiff has not filed an opposition within 14 days after the motion was filed. Pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for December 13, 2023, at 10:00 a.m., before the undersigned in Redding, California, on Defendant's unopposed motion to dismiss, ECF No. 28, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated: November 29, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1