# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA ROBBINS, | No. 2:21-CV-0621-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| MERIT SYSTEMS PROTECTION BOARD, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Defendant's motion for an extension of time to file objections to the Court's May 14, 2024, findings and recommendations. See ECF No. 31. Good cause appearing therefor based on counsel's declaration indicating the need for additional time to pursue resolution of this matter without the need for further judicial proceedings, Defendant's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendant's motion for an extension of time, ECF No, 31, is GRANTED.

2. The parties may file objections to the Court's May 14, 2024, findings and recommendations within 30 days of the date of this order.

Dated: May 28, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE