IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA ROBBINS | No. 2:21-cv-00621-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| MERIT SYSTEMS PROTECTION BOARD, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this civil action. The court finds the appointment of counsel for plaintiff is warranted for the limited purpose of drafting and filing an amended complaint. Christopher J. Bakes and Julie K. Brooks have been selected from the court's pro bono attorney panel to represent plaintiff for this limited purpose and have agreed to be appointed. Given the time necessary for counsel to become acquainted with the case and to meet the plaintiff, the court modifies its previous order, ECF No. 40, and will allow plaintiff 120 days to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Christopher J. Bakes and Julie K. Brooks are appointed as limited purpose counsel in the above titled matter. This appointment is for the limited purpose of investigating the claim, then drafting and filing an amended complaint.

2. The amended complaint is due 120 days from the date of this order.

3. The appointments of Christopher J. Bakes and Julie K. Brooks will terminate when plaintiff's amended complaint is filed, or counsel files a notice that an amended complaint would not be appropriate.

4. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

5. The Clerk of the Court is directed to serve a copy of this order upon Christopher J. Bakes and Julie K. Brooks, Lewis Brisbois LLP, 2020 W. El Camino Ave., Suite 700, Sacramento, CA 95833.

IT IS SO ORDERED.

DATED: October 30, 2024.

UNITED STATES DISTRICT JUDGE