UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deanna Robbins, | No. 2:21-cv-00621 KJM DMC |
| Plaintiff, | ORDER |
| v. | |
| Merit Systems Protection Board, | |
| Defendant. | |

Having reviewed plaintiff's unopposed request for a two-week extension to file an amended complaint, *see* ECF No. 42, and upon good cause appearing, the court orders the deadline for plaintiff to file an amended complaint to be extended to **March 14, 2025.**

This resolves ECF No. 42.

IT IS SO ORDERED.

DATED: February 28, 2025.

UNITED STATES DISTRICT JUDGE

1