**LEWIS BRISBOIS BISGAARD & SMITH LLP**
CHRISTOPHER J. BAKES, SB# 99266
  E-Mail: Christopher.Bakes@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

MATTHEW D. TAGGART, SB# 227482
  E-Mail: Matt.Taggart@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

JULIE BROOKS, SB# 348251
  E-Mail: Julie.Brooks@lewisbrisbois.com
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Telephone: 973.577.6260
Facsimile: 973.577.6261

Attorneys for Plaintiff, DEANNA ROBBINS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DEANNA ROBBINS, | Case No. 2:21-cv-00621-KJM-DMC |
| Plaintiff, | **ORDER GRANTING UNOPPOSED FURTHER CONTINUANCE OF PLAINTIFF'S DEADLINE TO FILE SECOND AMENDED COMPLAINT (SAC) TO MARCH 28, 2025** |
| vs. | |
| MERIT SYSTEMS PROTECTION BOARD, | |
| Defendant. | Judge:   Kimberly J. Mueller |

154220373.1                                   1

ORDER GRANTING UNOPPOSED FURTHER CONTINUANCE OF PLAINTIFF'S DEADLINE TO FILE
SECOND AMENDED COMPLAINT (SAC) TO MARCH 28, 2025

     Good cause having been shown, Plaintiff's Unopposed Request for a Further Continuance of her deadline in which to file a Second Amended Complaint (SAC) in this action is hereby GRANTED in order to facilitate further ongoing negotiations between Plaintiff, on the one hand, and Defendant, on the other, that may affect or moot the filing of the SAC or involve the transfer of Plaintiff's appeal of the Merit System Protection Board's ("MSPB") underlying denial of her disability retirement benefits application to the United States Court of Appeals for the Federal Circuit. Modifying the Court's Order dated October 31, 2024 (ECF No. 41), Plaintiff shall have through and until March 28, 2025 in which to file the SAC. All other terms of the Order (ECF No. 41) remain in place.

     IT IS SO ORDERED.

DATED: March 18, 2025.

_____
UNITED STATES DISTRICT JUDGE