IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA ROBBINS,<br><br>    Plaintiff,<br><br>  v.<br><br>MERIT SYSTEMS PROTECTION BOARD,<br><br>    Defendant. | No. 2:21-CV-0621-KJM-DMC<br><br>ORDER |

        Plaintiff, who is proceeding with limited purpose appointed counsel, brings this civil action. Pending before the Court is Plaintiff's unopposed motion for an extension of time to file an amended complaint. See ECF No. 46. Good cause appearing therefor based on counsel's declaration indicating the need for further meeting and conferring about the filing with Defendant, Plaintiff's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No, 46, is GRANTED.
2. Plaintiff shall file an amended complaint on or before March 28, 2025.
3. Clerk of the Court is directed to VACATE Judge Cota's Order at ECF No. 45 as having issued in error.

Dated: March 18, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE