UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deanna Robbins, | No. 2:21-cv-00621-KJM-DMC |
| Plaintiff, | ORDER |
| v. | |
| Merit Systems Protection Board, | |
| Defendant. | |

The parties have stipulated that Robbins' claim is not a "mixed case over which this court has jurisdiction," Stip. Transfer at 2, ECF No. 55, and have stipulated to transferring her case to the United States Court of Appeals for the Federal Circuit, *see id.*  The parties have also stipulated the Court of Appeals for the Federal Circuit should deem Robbins' case to be "timely filed in that court." *See id.* at 2.

Upon good cause appearing, the court grants the parties' stipulated request to **transfer** this case to the United States Court of Appeals for the Federal Circuit.

This order resolves ECF No. 55.

IT IS SO ORDERED.

DATED: April 22, 2025.

UNITED STATES DISTRICT JUDGE

1